# EXHIBIT D

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| Claims of 7,526,444 | DebtX Accused Instrumentalities |
|---|---|
| **Claim 21** | |
| A method for monitoring and transacting exempt securities or assets not otherwise listed, traded, valued or bought/sold in any conventional exchange or system for the regulation of securities or commodities via a global information network, comprising the steps of: | To the extent the preamble is construed as limiting, DebtX's Products provide a user of DebtX's Products software which performs the steps recited in Claim 21.  For example, a user of DebtX's products, including but not limited to the DXOPEN product, the DXMARK product, the DXSCORE product, and/or the DXCDA product (the "Accused Instrumentalities"), provides software for monitoring and transacting exempt securities and assets, including loans.

"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.

…

"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.

"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.

"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.

"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.

DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | "DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization." |

https://debticate.com/services/loan-platform/

"Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions.

"Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.

"Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure
Back-tested and able to withstand scrutiny by regulators and auditors
Scalable across hundreds and thousands of loans and loan portfolios
Granular pricing at the loan and portfolio level
Competitively priced service, offering sliding scales for volume

…

"DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review.

"DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing.

- Audit Functions / Quality Control
- Automated version control for every model
- Universal archive system allows for future replication of previous results regardless of model changes
- Systemic daily backup of models

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | • Auditing function to identify time and source of every model change<br>• Ability to back-test using historical market environments<br>• Standardized reporting<br>• Secure data transfer between client and DebtX Analytics<br>• Limited security vulnerability with 100% in-house solution<br><br>"With DXMark® You Can:<br>• Drill down to customizable individual loan level results<br>• Leverage Interest Rate Shock and Rate Sensitivity functionality<br>• Run pre-defined and user-defined stress case reports<br>• Review historical pricing options using then-existing market conditions<br>• Process daily pricing (NAV) calculations<br>• Trust data security<br><br>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore<br>• Risk-adjusted comparison of heterogeneous loans and portfolios<br>• Dynamic credit scores for loans<br>• Objective & independent metric to supplement internal risk rating systems<br>• Calibration customizable to mirror internal rating scales<br>• Efficient monitoring and tracking of risk in your loan portfolios over time<br>• Insights into strengths and weaknesses in originations, loans and loan portfolios |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

- Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity
- Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards

"Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size.

"DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management.

"Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators).

"Idiosyncratic factors relate to the specific loan, and include the following:

- Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)
- Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)
- Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)

"DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors.

https://debtxanalytics.com/valuations-analytics/dxscore

"DXCDA
DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.

Credit Default Analytics solution down to the individual loan

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | • Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios<br>• Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface<br>• Efficient and low impact process – simply send us your data and we do the rest<br>• Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods<br>• Savings in effort, manpower and money<br>• DXCDA's model validations, SSAE 18 Soc1 Type II verified<br><br>"How DXCDA Works<br>DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.<br><br>https://debtxanalytics.com/valuations-analytics/dxcda-cecl |
| statistically analyzing by a computer at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities based upon a model selected by a user or a price data source selected by the user from a price data database; | The Accused Instrumentalities provide software which performs the steps recited in Claim 21, including statistically analyzing at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities based upon a model selected by a user or a price data source selected by the user from a price data database.  For example, a user of the Accused Instrumentalities performs the step of statistically analyzing, by a computer operating the Accused Instrumentalities, one or more loans based upon a model selected by a user or a price data source selected by the user from a price data database.<br><br>For example, DebtX represents that it collects at least one of price, valuation, and market data as it "tracks what buyers are evaluating" and in providing the ability to "report[s] on investor activity, such as revealing the least and most reviewed asset," and also to give it with the ability to "provide[] investors with realtime updates about an asset sale" and provide "[r]eal-time updates [that] enable investors to keep their financial models current." *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 3, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.<br><br>Further, DebtX provides loan valuation and analytics services.  See DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf ("DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering").  See also https://debtxanalytics.com/valuations-analytics/dxmark ("Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.").  See also https://debtxanalytics.com/valuations-analytics/dxscore ("DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.").  See also https://debtxanalytics.com/valuations-analytics/dxcda-cecl ("DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.").

See further:

"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.

…

"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.

"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.

"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.

PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS

"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.

DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf

"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization."

https://debticate.com/services/loan-platform/

"Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions.

"Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.

"Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure
Back-tested and able to withstand scrutiny by regulators and auditors
Scalable across hundreds and thousands of loans and loan portfolios
Granular pricing at the loan and portfolio level
Competitively priced service, offering sliding scales for volume

…

"DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review.

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  | "DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing.<br><br>• Audit Functions / Quality Control<br>• Automated version control for every model<br>• Universal archive system allows for future replication of previous results regardless of model changes<br>• Systemic daily backup of models<br>• Auditing function to identify time and source of every model change<br>• Ability to back-test using historical market environments<br>• Standardized reporting<br>• Secure data transfer between client and DebtX Analytics<br>• Limited security vulnerability with 100% in-house solution<br><br>"With DXMark® You Can:<br>• Drill down to customizable individual loan level results<br>• Leverage Interest Rate Shock and Rate Sensitivity functionality<br>• Run pre-defined and user-defined stress case reports<br>• Review historical pricing options using then-existing market conditions<br>• Process daily pricing (NAV) calculations<br>• Trust data security<br><br>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore |
|---|---|

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

- Risk-adjusted comparison of heterogeneous loans and portfolios
- Dynamic credit scores for loans
- Objective & independent metric to supplement internal risk rating systems
- Calibration customizable to mirror internal rating scales
- Efficient monitoring and tracking of risk in your loan portfolios over time
- Insights into strengths and weaknesses in originations, loans and loan portfolios
- Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity
- Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards

"Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size.

"DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management.

"Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators).

"Idiosyncratic factors relate to the specific loan, and include the following:

- Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)
- Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)
- Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)

"DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors.

https://debtxanalytics.com/valuations-analytics/dxscore

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | "DXCDA<br>DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.<br><br>Credit Default Analytics solution down to the individual loan<br>• Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios<br>• Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface<br>• Efficient and low impact process – simply send us your data and we do the rest<br>• Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods<br>• Savings in effort, manpower and money<br>• DXCDA's model validations, SSAE 18 Soc1 Type II verified<br><br>"How DXCDA Works<br>DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.<br><br>https://debtxanalytics.com/valuations-analytics/dxcda-cecl |
| collecting by a computer at least one of price data, valuation data, and market data related to the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities being analyzed; | The Accused Instrumentalities provide software which performs the steps recited in Claim 21, including collecting at least one of price data, valuation data, and market data related to the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities being analyzed.<br><br>For example, DebtX represents that it "tracks what buyers are evaluating" and in providing the ability to "report[s] on investor activity, such as revealing the least and most reviewed asset," and also to give it with the ability to "provide[] investors with realtime updates about an asset sale" and provide "[r]eal-time updates [that] enable investors to keep their financial models current." *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 3, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf. See also https://debtxanalytics.com/valuations-analytics/dxmark ("Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  | sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly."). See also https://debtxanalytics.com/valuations-analytics/dxscore ("Idiosyncratic factors relate to the specific loan… DXScore is primarily concerned with idiosyncratic factors.").  See also https://debtxanalytics.com/valuations-analytics/dxcda-cecl ("DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans.").<br><br>See further:<br><br>"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.<br><br>…<br><br>"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.<br><br>"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.<br><br>"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.<br><br>"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.<br><br>DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf<br><br>"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization." |
|---|---|

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
| --- | --- |
|  | https://debticate.com/services/loan-platform/<br><br>"Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions.<br><br>"Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.<br><br>"Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure<br>Back-tested and able to withstand scrutiny by regulators and auditors<br>Scalable across hundreds and thousands of loans and loan portfolios<br>Granular pricing at the loan and portfolio level<br>Competitively priced service, offering sliding scales for volume<br><br>…<br><br>"DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review.<br><br>"DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing.<br><br><ul><li>Audit Functions / Quality Control</li><li>Automated version control for every model</li><li>Universal archive system allows for future replication of previous results regardless of model changes</li><li>Systemic daily backup of models</li><li>Auditing function to identify time and source of every model change</li><li>Ability to back-test using historical market environments</li></ul> |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | <ul><li>Standardized reporting</li><li>Secure data transfer between client and DebtX Analytics</li><li>Limited security vulnerability with 100% in-house solution</li></ul><br>"With DXMark® You Can:<ul><li>Drill down to customizable individual loan level results</li><li>Leverage Interest Rate Shock and Rate Sensitivity functionality</li><li>Run pre-defined and user-defined stress case reports</li><li>Review historical pricing options using then-existing market conditions</li><li>Process daily pricing (NAV) calculations</li><li>Trust data security</li></ul><br>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore<ul><li>Risk-adjusted comparison of heterogeneous loans and portfolios</li><li>Dynamic credit scores for loans</li><li>Objective & independent metric to supplement internal risk rating systems</li><li>Calibration customizable to mirror internal rating scales</li><li>Efficient monitoring and tracking of risk in your loan portfolios over time</li><li>Insights into strengths and weaknesses in originations, loans and loan portfolios</li><li>Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity</li><li>Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards</li></ul> |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | "Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size.<br><br>"DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management.<br><br>"Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators).<br><br>"Idiosyncratic factors relate to the specific loan, and include the following:<br><br> • Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)<br> • Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)<br> • Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)<br><br>"DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors.<br><br>https://debtxanalytics.com/valuations-analytics/dxscore<br><br>"DXCDA<br>DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.<br><br>Credit Default Analytics solution down to the individual loan<br> • Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios<br> • Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface<br> • Efficient and low impact process – simply send us your data and we do the rest |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

<table>
<tr>
<td></td>
<td>
<ul>
<li>Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods</li>
<li>Savings in effort, manpower and money</li>
<li>DXCDA's model validations, SSAE 18 Soc1 Type II verified</li>
</ul>

"How DXCDA Works<br>
DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.

https://debtxanalytics.com/valuations-analytics/dxcda-cecl
</td>
</tr>
<tr>
<td>providing the user by a computer, inventory data of exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities available to the user,</td>
<td>
The Accused Instrumentalities provide software which performs the steps recited in Claim 21, including providing the user inventory data of exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities available to the user.

For example, DebtX represents that it provides inventory data on assets including loans in order to provide "Online Auction capabilities."   *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform.").

See further:

> "DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.
>
> …
</td>
</tr>
</table>

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | "DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.<br><br>"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.<br><br>"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.<br><br>"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.<br><br>DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf |
| accepting a selection of the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities from the user, | The Accused Instrumentalities provide software which performs the steps recited in Claim 21, including accepting a selection of the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities from the user.<br><br>For example, DebtX represents that it enables "thousands of investors [to] perform[] concurrent due diligence and bidding" and to allow it to "track[] what buyers are evaluating." *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, 3, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  Although the user interface for the Accused Instrumentalities is/are not depicted on DebtX's websites, presenting such information necessarily involves providing security selection to the user through the software of the Accused Instrumentalities. |
| providing the user at least one of the price data, the valuation data, and the market data related to the at least one exempt security or asset not | The Accused Instrumentalities provide software which performs the steps recited in Claim 21, including providing the user at least one of the price data, the valuation data, and the market data related to the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities. |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| otherwise listed, traded, valued or bought/sold in any conventional exchange or system for the regulation of securities or commodities, and | For example, DebtX represents that it "tracks what buyers are evaluating" and in providing the ability to "report[s] on investor activity, such as revealing the least and most reviewed asset," and also to give it with the ability to "provide[] investors with realtime updates about an asset sale" and provide "[r]eal-time updates [that] enable investors to keep their financial models current." *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 3, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf. See also https://debtxanalytics.com/valuations-analytics/dxmark ("Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly."). See also https://debtxanalytics.com/valuations-analytics/dxscore ("Idiosyncratic factors relate to the specific loan… DXScore is primarily concerned with idiosyncratic factors.").  See also https://debtxanalytics.com/valuations-analytics/dxcda-cecl ("DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans.").  These references indicated that the Accused Instrumentalities provide this information to the user.<br><br>See further:<br><br>"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.<br><br>…<br><br>"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.<br><br>"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.<br><br>"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.<br><br>"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.

DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf

"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization."

https://debticate.com/services/loan-platform/

"Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions.

"Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.

"Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure
Back-tested and able to withstand scrutiny by regulators and auditors
Scalable across hundreds and thousands of loans and loan portfolios
Granular pricing at the loan and portfolio level
Competitively priced service, offering sliding scales for volume

…

"DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review.

"DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing.

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
| --- | --- |
|  | <ul><li>Audit Functions / Quality Control</li><li>Automated version control for every model</li><li>Universal archive system allows for future replication of previous results regardless of model changes</li><li>Systemic daily backup of models</li><li>Auditing function to identify time and source of every model change</li><li>Ability to back-test using historical market environments</li><li>Standardized reporting</li><li>Secure data transfer between client and DebtX Analytics</li><li>Limited security vulnerability with 100% in-house solution</li></ul>"With DXMark® You Can:<ul><li>Drill down to customizable individual loan level results</li><li>Leverage Interest Rate Shock and Rate Sensitivity functionality</li><li>Run pre-defined and user-defined stress case reports</li><li>Review historical pricing options using then-existing market conditions</li><li>Process daily pricing (NAV) calculations</li><li>Trust data security</li></ul>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore<ul><li>Risk-adjusted comparison of heterogeneous loans and portfolios</li><li>Dynamic credit scores for loans</li></ul> |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | <ul><li>Objective & independent metric to supplement internal risk rating systems</li><li>Calibration customizable to mirror internal rating scales</li><li>Efficient monitoring and tracking of risk in your loan portfolios over time</li><li>Insights into strengths and weaknesses in originations, loans and loan portfolios</li><li>Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity</li><li>Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards</li></ul>"Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size.<br><br>"DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management.<br><br>"Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators).<br><br>"Idiosyncratic factors relate to the specific loan, and include the following:<ul><li>Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)</li><li>Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)</li><li>Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)</li></ul>"DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors.<br><br>https://debtxanalytics.com/valuations-analytics/dxscore<br><br>"DXCDA |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.<br><br>Credit Default Analytics solution down to the individual loan<br>• Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios<br>• Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface<br>• Efficient and low impact process – simply send us your data and we do the rest<br>• Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods<br>• Savings in effort, manpower and money<br>• DXCDA's model validations, SSAE 18 Soc1 Type II verified<br><br>"How DXCDA Works<br>DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.<br><br>https://debtxanalytics.com/valuations-analytics/dxcda-cecl |
| providing the user a result of the statistical analysis related to the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities; and | The Accused Instrumentalities provide software which performs the steps recited in Claim 21, including providing the user a result of the statistical analysis related to the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities.<br><br>As described above, DebtX provides loan valuation and analytics services.  DebtX provides the results of these loan valuation and analytics services to the user of the Accused Instrumentalities.  See DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf ("DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering").  See also https://debtxanalytics.com/valuations-analytics/dxmark ("Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio."). See also https://debtxanalytics.com/valuations-analytics/dxscore ("DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk."). See also https://debtxanalytics.com/valuations-analytics/dxcda-cecl ("DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.").

See further:

"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.

…

"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.

"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.

"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.

"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf

"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization."

https://debticate.com/services/loan-platform/

"Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions.

"Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.

"Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure
Back-tested and able to withstand scrutiny by regulators and auditors
Scalable across hundreds and thousands of loans and loan portfolios
Granular pricing at the loan and portfolio level
Competitively priced service, offering sliding scales for volume

…

"DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review.

"DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing.

- Audit Functions / Quality Control
- Automated version control for every model

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | • Universal archive system allows for future replication of previous results regardless of model changes<br>• Systemic daily backup of models<br>• Auditing function to identify time and source of every model change<br>• Ability to back-test using historical market environments<br>• Standardized reporting<br>• Secure data transfer between client and DebtX Analytics<br>• Limited security vulnerability with 100% in-house solution<br><br>"With DXMark® You Can:<br>• Drill down to customizable individual loan level results<br>• Leverage Interest Rate Shock and Rate Sensitivity functionality<br>• Run pre-defined and user-defined stress case reports<br>• Review historical pricing options using then-existing market conditions<br>• Process daily pricing (NAV) calculations<br>• Trust data security<br><br>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore<br>• Risk-adjusted comparison of heterogeneous loans and portfolios<br>• Dynamic credit scores for loans<br>• Objective & independent metric to supplement internal risk rating systems<br>• Calibration customizable to mirror internal rating scales |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | • Efficient monitoring and tracking of risk in your loan portfolios over time<br>• Insights into strengths and weaknesses in originations, loans and loan portfolios<br>• Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity<br>• Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards<br><br>"Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size.<br><br>"DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management.<br><br>"Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators).<br><br>"Idiosyncratic factors relate to the specific loan, and include the following:<br><br>• Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)<br>• Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)<br>• Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)<br><br>"DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors.<br><br>https://debtxanalytics.com/valuations-analytics/dxscore<br><br>"DXCDA<br>DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service. |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | Credit Default Analytics solution down to the individual loan<br>• Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios<br>• Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface<br>• Efficient and low impact process – simply send us your data and we do the rest<br>• Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods<br>• Savings in effort, manpower and money<br>• DXCDA's model validations, SSAE 18 Soc1 Type II verified<br><br>"How DXCDA Works<br>DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.<br><br>https://debtxanalytics.com/valuations-analytics/dxcda-cecl |
| providing by a computer transactional access to conduct at least one of bidding to buy, offering to sell and auctioning transactions in connection with the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities asset being analyzed. | DebtX's Products provide a user of DebtX's Products software which performs the steps recited in Claim 21.  For example, the Accused Instrumentalities are software which performs the step of providing transactional access to conduct at least one of bidding to buy, offering to sell and auctioning transactions in connection with the at least one exempt security or asset not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities asset being analyzed.<br><br>For example, DebtX provides "a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols." DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, 3, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization.") |

**PATENT CLAIM CHART FOR US PATENT 7,526,444 AND DEBTX'S SOFTWARE PRODUCTS**