# EXHIBIT F

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| Claims of 8,694,418 | DebtX Accused Instrumentalities |
|---|---|
| **Claim 1** | |
| A method for monitoring and/or transacting, via an electronic network, exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities comprising the steps of: | To the extent the preamble is construed as limiting, DebtX's Products provide a user of DebtX's Products software which performs the steps recited in Claim 1.  For example, a user of DebtX's products, including but not limited to the DXOPEN product, the DXMARK product, the DXSCORE product, and/or the DXCDA product (the "Accused Instrumentalities"), provides software for monitoring and transacting exempt securities and assets, including loans.<br><br>"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.<br><br>…<br><br>"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.<br><br>"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.<br><br>"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.<br><br>"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.<br><br>DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  | "DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization."<br><br>https://debticate.com/services/loan-platform/<br><br>"Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions.<br><br>"Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.<br><br>"Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure<br>Back-tested and able to withstand scrutiny by regulators and auditors<br>Scalable across hundreds and thousands of loans and loan portfolios<br>Granular pricing at the loan and portfolio level<br>Competitively priced service, offering sliding scales for volume<br><br>…<br><br>"DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review.<br><br>"DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing.<br><br>• Audit Functions / Quality Control<br>• Automated version control for every model<br>• Universal archive system allows for future replication of previous results regardless of model changes<br>• Systemic daily backup of models |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | • Auditing function to identify time and source of every model change<br>• Ability to back-test using historical market environments<br>• Standardized reporting<br>• Secure data transfer between client and DebtX Analytics<br>• Limited security vulnerability with 100% in-house solution<br><br>"With DXMark® You Can:<br>• Drill down to customizable individual loan level results<br>• Leverage Interest Rate Shock and Rate Sensitivity functionality<br>• Run pre-defined and user-defined stress case reports<br>• Review historical pricing options using then-existing market conditions<br>• Process daily pricing (NAV) calculations<br>• Trust data security<br><br>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore<br>• Risk-adjusted comparison of heterogeneous loans and portfolios<br>• Dynamic credit scores for loans<br>• Objective & independent metric to supplement internal risk rating systems<br>• Calibration customizable to mirror internal rating scales<br>• Efficient monitoring and tracking of risk in your loan portfolios over time<br>• Insights into strengths and weaknesses in originations, loans and loan portfolios |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  | • Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity<br>• Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards<br><br>"Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size.<br><br>"DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management.<br><br>"Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators).<br><br>"Idiosyncratic factors relate to the specific loan, and include the following:<br><br>• Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)<br>• Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)<br>• Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)<br><br>"DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors.<br><br>https://debtxanalytics.com/valuations-analytics/dxscore<br><br>"DXCDA<br>DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.<br><br>Credit Default Analytics solution down to the individual loan |
|---|---|

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | <ul><li>Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios</li><li>Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface</li><li>Efficient and low impact process – simply send us your data and we do the rest</li><li>Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods</li><li>Savings in effort, manpower and money</li><li>DXCDA's model validations, SSAE 18 Soc1 Type II verified</li></ul><br>"How DXCDA Works<br>DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.<br><br>https://debtxanalytics.com/valuations-analytics/dxcda-cecl |
| analyzing, using a microprocessor, at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities; | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including analyzing at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities.  For example, a user of the Accused Instrumentalities performs the step of analyzing, by a computer operating the Accused Instrumentalities, one or more loans.<br><br>For example, DebtX represents that it collects at least one of price, valuation, and market data as it "tracks what buyers are evaluating" and in providing the ability to "report[s] on investor activity, such as revealing the least and most reviewed asset," and also to give it with the ability to "provide[] investors with realtime updates about an asset sale" and provide "[r]eal-time updates [that] enable investors to keep their financial models current." *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 3, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.<br><br>Further, DebtX provides loan valuation and analytics services.  See DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf ("DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering").  See also |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  | https://debtxanalytics.com/valuations-analytics/dxmark ("Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.").  See also https://debtxanalytics.com/valuations-analytics/dxscore ("DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.").  See also https://debtxanalytics.com/valuations-analytics/dxcda-cecl ("DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service."). <br><br> See further: <br><br>      "DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols. <br><br>      … <br><br>      "DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering. <br><br>      "Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers. <br><br>      "With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time. <br><br>      "DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.

DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf

"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization."

https://debticate.com/services/loan-platform/

"Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions.

"Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio.

"Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure
Back-tested and able to withstand scrutiny by regulators and auditors
Scalable across hundreds and thousands of loans and loan portfolios
Granular pricing at the loan and portfolio level
Competitively priced service, offering sliding scales for volume

…

"DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review.

"DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing.

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | <ul><li>Audit Functions / Quality Control</li><li>Automated version control for every model</li><li>Universal archive system allows for future replication of previous results regardless of model changes</li><li>Systemic daily backup of models</li><li>Auditing function to identify time and source of every model change</li><li>Ability to back-test using historical market environments</li><li>Standardized reporting</li><li>Secure data transfer between client and DebtX Analytics</li><li>Limited security vulnerability with 100% in-house solution</li></ul><br>"With DXMark® You Can:<ul><li>Drill down to customizable individual loan level results</li><li>Leverage Interest Rate Shock and Rate Sensitivity functionality</li><li>Run pre-defined and user-defined stress case reports</li><li>Review historical pricing options using then-existing market conditions</li><li>Process daily pricing (NAV) calculations</li><li>Trust data security</li></ul><br>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore<ul><li>Risk-adjusted comparison of heterogeneous loans and portfolios</li><li>Dynamic credit scores for loans</li></ul> |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | • Objective & independent metric to supplement internal risk rating systems<br>• Calibration customizable to mirror internal rating scales<br>• Efficient monitoring and tracking of risk in your loan portfolios over time<br>• Insights into strengths and weaknesses in originations, loans and loan portfolios<br>• Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity<br>• Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards<br><br>"Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size.<br><br>"DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management.<br><br>"Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators).<br><br>"Idiosyncratic factors relate to the specific loan, and include the following:<br><br>• Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)<br>• Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)<br>• Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)<br><br>"DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors.<br><br>https://debtxanalytics.com/valuations-analytics/dxscore<br><br>"DXCDA |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service.<br><br>Credit Default Analytics solution down to the individual loan<br>• Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios<br>• Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface<br>• Efficient and low impact process – simply send us your data and we do the rest<br>• Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods<br>• Savings in effort, manpower and money<br>• DXCDA's model validations, SSAE 18 Soc1 Type II verified<br><br>"How DXCDA Works<br>DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.<br><br>https://debtxanalytics.com/valuations-analytics/dxcda-cecl |
| collecting, using a microprocessor, data related to the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities being analyzed; | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including collecting data related to the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities being analyzed.<br><br>For example, DebtX represents that it "tracks what buyers are evaluating" and in providing the ability to "report[s] on investor activity, such as revealing the least and most reviewed asset," and also to give it with the ability to "provide[] investors with realtime updates about an asset sale" and provide "[r]eal-time updates [that] enable investors to keep their financial models current." *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 3, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf. See also https://debtxanalytics.com/valuations-analytics/dxmark ("Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly."). |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | See also https://debtxanalytics.com/valuations-analytics/dxscore ("Idiosyncratic factors relate to the specific loan… DXScore is primarily concerned with idiosyncratic factors.").  See also https://debtxanalytics.com/valuations-analytics/dxcda-cecl ("DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans."). <br><br> See further: <br><br> "DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols. <br><br> … <br><br> "DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering. <br><br> "Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers. <br><br> "With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time. <br><br> "DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions. <br><br> DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf <br><br> "DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization." |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | https://debticate.com/services/loan-platform/ <br><br> "Loan valuations are often challenging for financial institutions. There is no centralized active market where loans are traded, and it is impossible to find published market values. DXMark® from DebtX Analytics is the industry's first scalable valuations solution for loan portfolios based on actual secondary market transactions. <br><br> "Through its marketplace, DebtX Analytics has collected and continues to aggregate data from hundreds of thousands of competitively executed secondary loan sales. DebtX Analytics also aggregates new issue origination data as well as data on seasoned loans monthly. This data feeds the sophisticated, quantitative algorithms used by DXMark, providing an objective basis for calculating the expected market-clearing price and associated risk of a given asset or portfolio. <br><br> "Objective, data-driven, reliable and defendable valuations for Fair Value, compliance and disclosure <br> Back-tested and able to withstand scrutiny by regulators and auditors <br> Scalable across hundreds and thousands of loans and loan portfolios <br> Granular pricing at the loan and portfolio level <br> Competitively priced service, offering sliding scales for volume <br><br> … <br><br> "DXMark models incorporate actual secondary market loan sale data as well as new originations and is supplemented by professional oversight and review. <br><br> "DXMark is a fully audited service and is used primarily by clients with large portfolios that require daily, monthly or quarterly pricing. <br><br> • Audit Functions / Quality Control <br> • Automated version control for every model <br> • Universal archive system allows for future replication of previous results regardless of model changes <br> • Systemic daily backup of models <br> • Auditing function to identify time and source of every model change <br> • Ability to back-test using historical market environments <br> • Standardized reporting |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | • Secure data transfer between client and DebtX Analytics<br>• Limited security vulnerability with 100% in-house solution<br><br>"With DXMark® You Can:<br>• Drill down to customizable individual loan level results<br>• Leverage Interest Rate Shock and Rate Sensitivity functionality<br>• Run pre-defined and user-defined stress case reports<br>• Review historical pricing options using then-existing market conditions<br>• Process daily pricing (NAV) calculations<br>• Trust data security<br><br>https://debtxanalytics.com/valuations-analytics/dxmark<br><br>"DXScore enables a comparison of all of your loans individually with single number (index) simplicity. It uncovers unforeseen risks and unintended biases that can be hidden by price or historical performance.<br><br>"DXScore measures the credit risk of an individual loan or portfolio of loans independent of financial factors such as required market yield. By reducing emphasis on loans' interest earned and focusing primarily on their bundle of credit-related factors, DXScore allows for the rank-ordering of a portfolio of loans by their overall level of risk.<br><br>"DXScore provides a cost-effective "Big" 3 Credit Agency alternative.<br><br>"Benefits of DXScore<br>• Risk-adjusted comparison of heterogeneous loans and portfolios<br>• Dynamic credit scores for loans<br>• Objective & independent metric to supplement internal risk rating systems<br>• Calibration customizable to mirror internal rating scales<br>• Efficient monitoring and tracking of risk in your loan portfolios over time<br>• Insights into strengths and weaknesses in originations, loans and loan portfolios<br>• Comparability with other measurements of risk (e.g., the combination of Loss Given Default & Probability of Default) but with single-number simplicity<br>• Repeatable, consistent, transparent and auditable methodology, meeting SSAE 18 standards |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | "Leverages DXMark® technical architecture, enabling simultaneous loan pricing (DXMark) and credit rating (DXScore) for portfolios of any size. |
| | "DXScore considers and incorporates loans' widely differing characteristics (e.g., collateral type, geography, performance level, loan structure) distilling each loan's credit factors into a single number. A mechanism to easily compare heterogeneous assets, DXScore provides critical missing information in loan risk assessment thereby giving banks, insurance companies, warehouse lenders and government agencies better insight into which loans to buy, hold, originate, monitor, sell or otherwise address as part of active portfolio management. |
| | "Affecting every loan are two types of data elements: systemic and idiosyncratic factors. Systemic factors relate to current market conditions (e.g., Treasury Yields, CMBS yields, Market Volatility Indicators). |
| | "Idiosyncratic factors relate to the specific loan, and include the following: |
| | <ul><li>Financial factors (e.g., Amortization Schedule, Payment Reset Periods, Prepayment Protection)</li><li>Credit factors (e.g., LTV, DSC, Payment History, Guarantee Type)</li><li>Collateral characteristics (e.g., Collateral Type, Collateral Location, Collateral Quality, Occupancy)</li></ul> |
| | "DXScore is primarily concerned with idiosyncratic factors. A loan's DXScore is a single, numerical representation of its bundle of risks as measured by such idiosyncratic factors. |
| | https://debtxanalytics.com/valuations-analytics/dxscore |
| | "DXCDA<br>DebtX Analytics's DXCDA calculates your loan portfolio's expected losses with loan-by-loan granularity, giving you an immediate view into any potential capital impact. DXCDA is a fully outsourced, independent CECL service. |
| | Credit Default Analytics solution down to the individual loan<ul><li>Quick calculations of Expected Loss for each loan under six different scenarios, including the three Supervisory Scenarios</li><li>Loan-by-loan calculations of PD/LGD/EL and results displayed via our user-friendly interface</li><li>Efficient and low impact process – simply send us your data and we do the rest</li></ul> |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | • Ability to run Current Expected Credit Losses (CECL) calculations side by side with other methods<br>• Savings in effort, manpower and money<br>• DXCDA's model validations, SSAE 18 Soc1 Type II verified<br><br>"How DXCDA Works<br>DebtX Analytics runs all calculations and provides outputs in the format that best fits your accounting platform. DXCDA leverages the most robust historical data set in the market for both performing and non-performing loans. Learn how DXCDA can help you prepare for CECL and the exact capabilities our CECL Solution provides.<br><br>https://debtxanalytics.com/valuations-analytics/dxcda-cecl |
| accepting from a first user, using a microprocessor, information regarding a new offer to buy or sell the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities; | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including accepting from a first user information regarding a new offer to buy or sell the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities.<br><br>For example, DebtX represents that it provides "Online Auction capabilities" related to online loan sales through its DXOpen Loan Auction platform.  *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform.").  Although the user interface for the platform is not depicted in DebtX's published materials, by providing such online loan auction platform, on information and belief, DebtX provides functionality for accepting information regarding a new offer to buy or sell loans.<br><br>See further:<br><br>    "DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.<br><br>    … |

PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS

| | |
|---|---|
| | "DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering. <br><br> "Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers. <br><br> "With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time. <br><br> "DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions. <br><br> DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf <br><br> "DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization. <br><br> "Key Benefits <br> • Multiple online auction formats for best execution <br> • Individual and linked bidding to optimize bidder participation <br> • Automated bid optimization <br> • Bid review and scenario analysis tools <br> • Secure Virtual Data Room <br> • Integrated CRM to manage counterparty relationships <br><br> https://debticate.com/services/loan-platform/ |
| posting, using a microprocessor, the new offer to buy or sell the at least one of | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including posting the new offer to buy or sell the at least one of the exempt securities or assets not otherwise listed, traded, valuated |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities for viewing by at least one user of the electronic network; | or bought/sold in any conventional exchange or system for the regulation of securities or commodities for viewing by at least one user of the electronic network.<br><br>For example, DebtX represents that it provides "Online Auction capabilities" related to online loan sales through its DXOpen Loan Auction platform.  *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform.").  Although the user interface for the platform is not depicted in DebtX's published materials, by providing such online loan auction platform, on information and belief, DebtX provides functionality for posting a new offer to buy or sell loans which are capable of being viewed by one or more users of the platform.<br><br>See further:<br><br>    "DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.<br><br>    …<br><br>    "DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.<br><br>    "Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.<br><br>    "With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.<br><br>    "DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions. |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf<br><br>"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization.<br><br>"Key Benefits<br>    • Multiple online auction formats for best execution<br>    • Individual and linked bidding to optimize bidder participation<br>    • Automated bid optimization<br>    • Bid review and scenario analysis tools<br>    • Secure Virtual Data Room<br>    • Integrated CRM to manage counterparty relationships<br><br>https://debticate.com/services/loan-platform/ |
| querying, using a microprocessor, one or more financial inventory databases of pending offers to buy or sell one or more of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities to determine whether one or more of the pending offers to buy or sell match the new offer to buy or sell accepted from the first user; | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including querying one or more financial inventory databases of pending offers to buy or sell one or more of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities to determine whether one or more of the pending offers to buy or sell match the new offer to buy or sell accepted from the first user.<br><br>For example, DebtX represents that it provides "Online Auction capabilities" related to online loan sales through its DXOpen Loan Auction platform. *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform.").  Although the user interface for the platform is not depicted in DebtX's published materials, by providing such online loan auction platform, on information and belief, DebtX provides functionality for querying the platform's inventory of offers to buy or sell in order to determine matches between offers to buy or sell, including the new offer from the first user described above.<br><br>See further:<br><br>    "DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.

…

"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.

"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.

"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.

"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.

DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf

"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization.

"Key Benefits
- Multiple online auction formats for best execution
- Individual and linked bidding to optimize bidder participation
- Automated bid optimization
- Bid review and scenario analysis tools
- Secure Virtual Data Room
- Integrated CRM to manage counterparty relationships

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  | https://debticate.com/services/loan-platform/ |
|---|---|
| automatically transmitting a notification, upon finding a match, using a microprocessor, to one or more second users of the electronic network associated with the one or more pending offers to buy or sell of the match based upon notification preferences defined by the one or more second users; | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including automatically transmitting a notification, upon finding a match to one or more second users of the electronic network associated with the one or more pending offers to buy or sell of the match based upon notification preferences defined by the one or more second users.<br><br>For example, DebtX represents that it provides "Online Auction capabilities" related to online loan sales through its DXOpen Loan Auction platform.  *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform.").  Although the user interface for the platform is not depicted in DebtX's published materials, by providing such online loan auction platform, on information and belief, DebtX provides functionality for transmitting notifications of matches between offers to buy or sell to users of the platform based upon the users' notification preferences.<br><br>See further:<br><br>"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.<br><br>…<br><br>"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.<br><br>"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.<br><br>"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time. |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

| | |
|---|---|
| | "DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.<br><br>DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf<br><br>"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization.<br><br>"Key Benefits<br>• Multiple online auction formats for best execution<br>• Individual and linked bidding to optimize bidder participation<br>• Automated bid optimization<br>• Bid review and scenario analysis tools<br>• Secure Virtual Data Room<br>• Integrated CRM to manage counterparty relationships<br><br>https://debticate.com/services/loan-platform/ |
| storing, using a microprocessor, the new offer to buy or sell the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities in at least one of a bid database and the financial inventory database; and | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including storing the new offer to buy or sell the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities in at least one of a bid database and the financial inventory database.<br><br>For example, DebtX represents that it provides "Online Auction capabilities" related to online loan sales through its DXOpen Loan Auction platform. *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform.").  Although the user interface for the platform is not depicted in DebtX's published materials, by providing such online loan auction platform, on information and belief, DebtX provides functionality for storing offers to buy or sell in a database for tracking the auctions and bids.<br><br>See further: |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

"DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.

…

"DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.

"Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers.

"With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.

"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.

DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf

"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization.

"Key Benefits
- Multiple online auction formats for best execution
- Individual and linked bidding to optimize bidder participation
- Automated bid optimization
- Bid review and scenario analysis tools

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  |  |
|---|---|
|  | • Secure Virtual Data Room<br>• Integrated CRM to manage counterparty relationships<br><br>https://debticate.com/services/loan-platform/ |
| providing, using a microprocessor, transactional access to conduct a sale or transfer of the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities associated with the new offer to buy or sell. | The Accused Instrumentalities provide software which performs the steps recited in Claim 1, including providing transactional access to conduct a sale or transfer of the at least one of the exempt securities or assets not otherwise listed, traded, valuated or bought/sold in any conventional exchange or system for the regulation of securities or commodities associated with the new offer to buy or sell.<br><br>For example, DebtX represents that it provides "Online Auction capabilities" related to online loan sales through its DXOpen Loan Auction platform. *See, e.g.,* DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, *available at* https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf.  See also https://debticate.com/services/loan-platform/ ("DXOpen is a Loan Auction platform.").  Although the user interface for the platform is not depicted in DebtX's published materials, by providing such online loan auction platform, on information and belief, DebtX provides functionality for conducting sales of loans via the auctions and bids placed on the platform.<br><br>See further:<br><br>    "DXOpen is a secure online platform for institutions conducting direct loan sales, B-Piece due diligence, mezzanine debt and bond sales. DXOpen integrates Virtual Data Room, Contact Relationship Management and Online Auction capabilities into a single platform and supports thousands of investors performing concurrent due diligence and bidding. The platform offers full Digital Rights Management capabilities as part of its security protocols.<br><br>    …<br><br>    "DXOpen improves asset sales in two key aspects: 1) By providing a repeatable sale process that institutionalizes knowledge that can then be shared across an organization; 2) By generating insights about buyers' behavior and potentially increasing the number of bids per offering.<br><br>    "Today, many sellers don't have an integrated or centralized loan sale platform. The due diligence and bidding processes differ from sale to sale, which slows the process for sellers and buyers. |

**PATENT CLAIM CHART FOR US PATENT 8,694,418 AND DEBTX'S SOFTWARE PRODUCTS**

|  | "With DXOpen, due diligence, bidding and closing are all done the same way for every sale. Documents are uploaded, shared and analyzed in the same place, so participants save time.<br><br>"DXOpen also tracks what buyers are evaluating. The platform allows reporting on investor activity, such as revealing the least and most reviewed asset. Understanding investor interest in advance of the sale can minimize no trades and help sellers take steps to market harder-to-sell assets. This institutionalized market insight helps target specific investors in future transactions.<br><br>DebtX, "The Loan Sale Advisor," Winter 2011-12, 1, available at https://www.debtx.com/corp/wp-content/uploads/2016/04/newsletter_2012_Winter.pdf<br><br>"DXOpen is a Loan Auction platform enabling loan brokers and financial institutions to conduct self-directed loan sales with multiple auction format options and automated bid optimization.<br><br>"Key Benefits<br>• Multiple online auction formats for best execution<br>• Individual and linked bidding to optimize bidder participation<br>• Automated bid optimization<br>• Bid review and scenario analysis tools<br>• Secure Virtual Data Room<br>• Integrated CRM to manage counterparty relationships<br><br>https://debticate.com/services/loan-platform/ |