UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Globalprivatequity.com, Inc.**,**
    **Plaintiff**

   **v.**

Civil Action No. 1:24-cv-11481-FDS

The Debt Exchange, Inc**.,**
    **Defendant**

_____

### ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated April 28, 2025 (Dkt. No. 22), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                     By the Court,

04/28/2025                      /s/ Melonie Cooke
Date                               Deputy Clerk